UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2012 JUN 13  A 8: 23
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

| IN RE DIANE TACASON, | Docket Number 12-11879-JMD |
|---|---|
| Debtor | Chapter 13 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please enter my appearance as counsel on behalf of the Creditor, John Gray. Please also provide notice to me of any and all bankruptcy filings in this action via E-mail at pgroulx@polislegal.com.

Respectfully submitted,

Patrick M. Groulx
Polis Legal
P.O. Box 45504
Somerville, MA 02143
NH Bar No. 20376
Ph: (978) 549-3124
Fax: (617) 500-9955
E-mail: pgroulx@polislegal.com
*District Court Application Pending*

Dated: June 9, 2012