## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re:<br><br>DIANE M. TACASON d/b/a<br>CUTTING EDGE SPORTS<br>    Debtors | Chapter 13<br>Case No. 12-11879-JMD |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Michael B. Feinman, hereby certify that I have this day served the Chapter 13 Plan and Notice of Hearing on Confirmation, by mailing a true and accurate copy of each, if not shown as being served electronically, via first class mail and postage prepaid, to the following parties in interest:

Patrick M. Groulx, Esq.
Polis Legal
PO Box 45504
Somerville, MA 02376
Email: prgroulx@polislegal.com


Dated: June 13, 2012                    /s/ Michael B. Feinman
                                        Michael B. Feinman


12x5014/Supplemental Certificate of Service-Plan