# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re: __DIANE TACASON__  Case No. __12-11879-JMD__
Reporting Period __JULY 2013__

## MONTHLY OPERATING REPORT
### SHORT FORM

Complete and submit to the United States Trustee within 15 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Monthly Reporting Questionnaire | MOR-1 | ✓ | |
| Schedule of Cash Receipts and Disbursements | MOR-2 | ✓ | |
| Copies of Debtor's Bank Reconciliations | | ✓ | |
| Copies of Debtor's Bank Statements | | ✓ | |
| Detailed Listing of Disbursements | MOR-3 | ✓ | |
| Schedule of Post-Petition Unpaid Taxes and Liabilities | MOR-4 | ✓ | |
| Copies of IRS Form 6123 or payment receipt | | paychex | |
| Copies of tax returns filed during reporting period | | paychex | |
| Summary of Accounts Receivables | MOR-5 | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and all attachments are true and correct to the best of my knowledge and belief.

_Diane Tacason_  8-13-2013
Signature of Debtor  Date

_____  _____
Signature of Joint Debtor  Date

_____  _____
Signature of Authorized Individual*  Date

_____  _____
Printed Name of Authorized Individual  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if the debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

COVER PAGE
9/04

__Diane Tacason__
Debtor

Case No. 12-11879-JMD
Reporting Period July 2013

## MONTHLY REPORTING QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor-in-possession account this reporting period? If yes, provide an explanation below. | X | |
| 3. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 4. Have any payments been made to professionals? If yes, attach listing including date of payment, amount of payment, and name of payee. | | X |
| 5. If the answer to question 3 and/or 4 is yes, were all such payments approved by the Court? | | — |
| 6. Have any payments been made to officers, insiders, shareholders, or relatives? If yes, attach listing including date of payment, amount and reason for payment, and name of payee. | | X |
| 7. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 8. Is the estate current on the payment of post-petition taxes? | X | |
| 9. Is the estate insured for the replacement cost of assets and for general liability? If no, provide an explanation below. | X | |
| 10. Is workers' compensation insurance in effect? | X | |
| 11. Have all current insurance payments been made? Attach copies of all new and renewed insurance policies. | X | |
| 12. Are a plan and disclosure statement on file? | | X |
| 13. Was there any post-petition borrowing during this reporting period? | | X |

#2 TD Bank is the business A/c that I was told I could continue using

MOR-1
9/04


Diane Tacason
Debtor

Case No. 12-11879-JMD
Reporting Period JULY 2013

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.
A bank reconciliation must be attached for each account.

| | Operational | Payroll | BANK ACCOUNTS TRUST A/C | Other | DIP A/C Total |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | -2013.16 | | 58.94 | | 792.64 |
| **RECEIPTS** | | | | | |
| CASH SALES | 6450.00 | | | | |
| ACCOUNTS RECEIVABLE | 12,447.30 | | | | |
| LOANS AND ADVANCES | | | | | |
| SALE OF ASSETS | | | | | |
| OTHER (ATTACH LIST) | | | | | |
| TRANSFERS (FROM DIP ACCTS) | | | 300.00 | | 3300.00 |
| **TOTAL RECEIPTS** | 18,897.30 | | 358.94 | | 4092.64 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 4018.79 | s/c | 17.50 | Mortgage | 1759.79 |
| PAYROLL TAXES | 1685.56 | AOL | 11.99 | Condo | 360.00 |
| SALES, USE & OTHER TAXES | | Walgreen | 50.00 | Condo Assoc | 60.43 |
| INVENTORY PURCHASES | 2638.32 | | | TOYOTA | 358.92 |
| SECURED/RENTAL/LEASES | 2540.00 | | | Homeowner Ins | 554.00 |
| INSURANCE | 3817.62 | | | Mass Gen | 157.33 |
| ADMINISTRATIVE  5321.86 | 5384.83 | | | Comcast | 165.40 |
| SELLING | 774.43 | | | Directv | 138.48 |
| OTHER (ATTACH LIST) | | | | PO Box rental | 54.00 |
| | | | | Plumber | 120.00 |
| OWNER DRAW* | | | | PSNH | 82.19 |
| TRANSFERS (TO DIP ACCTS) | 3600.00 | | | | |
| PROFESSIONAL FEES | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | 325.00 | | | | |
| COURT COSTS | | | | | 5810.55 |
| **TOTAL DISBURSEMENTS** | 25047.92 | | 79.49 | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | -6150.62 | | | | |
| CASH - END OF MONTH | -8163.78 | | 279.45 | | 282.09 |

*COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: | |
|---|---|
| TOTAL DISBURSEMENTS | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $ |

MOR-2
9/04

9:56 AM
08/12/13

# CUTTING EDGE SPORTS
## Reconciliation Summary
### TDBank2012, Period Ending 07/31/2013

|  | Jul 31, 13 |
|---|---:|
| **Beginning Balance** | 9,810.70 |
|   Cleared Transactions | |
|     Checks and Payments - 72 items | -23,925.77 |
|     Deposits and Credits - 31 items | 18,915.30 |
|   Total Cleared Transactions | -5,010.47 |
| **Cleared Balance** | 4,800.23 |
|   Uncleared Transactions | |
|     Checks and Payments - 17 items | -13,141.30 |
|   Total Uncleared Transactions | -13,141.30 |
| **Register Balance as of 07/31/2013** | -8,341.07 |
|   New Transactions | |
|     Deposits and Credits - 11 items | 6,627.24 |
|   Total New Transactions | 6,627.24 |
| **Ending Balance** | -1,713.83 |



**TD Bank**
America's Most Convenient Bank®

T  STATEMENT OF ACCOUNT



041591 06CD1703 1 100000
CUTTING EDGE SPORTS
1 BRYANT ST
WOBURN MA  01801

Page: 1 of 6
Statement Period: Jul 01 2013-Jul 31 2013
Cust Ref #: 8249104964-713-T-###
Primary Account #: 824-9104964

## TD Business Simple Checking
CUTTING EDGE SPORTS

Account # 824-9104964

**UPCOMING CHANGES TO BUSINESS AND SAVINGS STATEMENTS.**
STARTING IN JULY, CHECKING OR SAVINGS ACCOUNTS WITHOUT ANY CUSTOMER INITIATED ACCOUNT ACTIVITY FOR 1 YEAR WILL NOT BE MAILED A STATEMENT UNTIL ACTIVITY RESUMES (EXCLUDES FEES AND INTEREST PAYMENTS). STATEMENTS WILL CONTINUE TO BE AVAILABLE THROUGH ONLINE BANKING OR BY REQUEST. TO LOG IN OR ENROLL IN ONLINE BANKING, CONNECT TO TDBANK.COM. IT'S EASY! FOR QUESTIONS ABOUT THESE CHANGES, CALL 1-888-751-9000.

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,810.70 | Average Collected Balance | 4,695.54 |
| Deposits | 12,447.30 | Annual Percentage Yield Earned | 0.00% |
| Electronic Deposits | 6,450.00 | Days in Period | 31 |
| | *6997.30* | | |
| Checks Paid | 17,581.28 | | |
| Electronic Payments | 6,248.49 | | |
| Other Withdrawals | 70.00 | | |
| Service Charges | 8.00 ✓ | | |
| Ending Balance | 4,800.23 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/3 | DEPOSIT | 751.00 ✓ |
| 7/11 | DEPOSIT | 360.96 ✓ |
| 7/15 | DEPOSIT | 481.60 ✓ |
| 7/16 | DEPOSIT | 5,220.00 ✓ |
| 7/19 | DEPOSIT | 3,922.00 ✓ |
| 7/29 | DEPOSIT | 1,289.24 ✓ |
| 7/31 | DEPOSIT | 422.50 |
| | Subtotal: | 12,447.30 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/2 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 700.00 |
| 7/8 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 1,089.50 |
| 7/10 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 60.00 |
| 7/11 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 75.00 |
| 7/12 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 440.00 |
| 7/17 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 90.00 |
| 7/18 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 320.00 |
| 7/23 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 801.00 |
| 7/24 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 2,412.00 |
| 7/26 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 405.00 |

**TD Bank** 
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CUTTING EDGE SPORTS

Page: 3 of 6
Statement Period: Jul 01 2013-Jul 31 2013
Cust Ref #: 8249104964-713-T-###
Primary Account #: 824-9104964

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/29 | CCD DEPOSIT, FDMS-SETTLEMENT DEPOSIT 235228459998 | 57.50 |
| | Subtotal: | 6,450.00 |

### Checks Paid   No. Checks: 31

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 7/1  | 399  | 234.80   | 7/25 | 417   | 132.07 |
| 7/5  | 402* | 3,300.00 | 7/30 | 418   | 438.36 |
| 7/5  | 403  | 300.00   | 7/1  | 1220* | 566.65 |
| 7/10 | 404  | 293.50   | 7/10 | 1223* | 566.64 |
| 7/9  | 405  | 335.48   | 7/19 | 1224  | 249.82 |
| 7/9  | 406  | 24.66    | 7/19 | 1225  | 310.23 |
| 7/8  | 407  | 1,234.46 | 7/19 | 1226  | 566.65 |
| 7/12 | 408  | 438.44   | 7/19 | 1227  | 185.74 |
| 7/15 | 409  | 2,540.00 | 7/19 | 1228  | 226.53 |
| 7/11 | 410  | 802.40   | 7/19 | 1229  | 566.64 |
| 7/31 | 411  | 525.00   | 7/31 | 1230  | 92.38  |
| 7/24 | 412  | 325.00   | 7/19 | 1231  | 263.74 |
| 7/24 | 413  | 234.80   | 7/26 | 1232  | 566.65 |
| 7/24 | 414  | 577.12   | 7/31 | 1233  | 150.74 |
| 7/23 | 415  | 25.29    | 7/29 | 1234  | 273.03 |
| 7/23 | 416  | 1,234.46 |      |       |        |

Subtotal: 17,581.28

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/1 | DEBIT CARD PURCHASE, AUT 070113 VISA DDA PUR<br>BANANA LEAF ASIAN CUISIN   LAS VEGAS   * NV<br>4085373001074773 | 84.15 |
| 7/1 | DEBIT CARD PURCHASE, AUT 070113 VISA DDA PUR<br>RIVIERA HOTEL AND CASINO   LAS VEGAS   * NV<br>4085373001074773 | 68.42 |
| 7/1 | DEBIT CARD PURCHASE, AUT 070113 VISA DDA PUR<br>UPS 000086R1X5        800 811 1648  * GA<br>4085373001074773 | 52.91 |
| 7/1 | DEBIT CARD PURCHASE, AUT 070113 VISA DDA PUR<br>76 10145738         LAS VEGAS   * NV<br>4085373001074773 | 45.95 |
| 7/2 | DEBIT POS, AUT 070213 DDA PURCHASE<br>7 ELEVEN            LAS VEGAS   * NV<br>4085373001074773 | 25.65 |
| 7/3 | CCD DEBIT, FDMS-SETTLEMENT DISCOUNT 235228459998 | 191.65 |
| 7/3 | CCD DEBIT, FDMS-SETTLEMENT INTERCHNG 235228459998 | 103.08 |
| 7/3 | CCD DEBIT, FDMS-SETTLEMENT FEE 235228459998 | 23.00 |

Call 1-800-747-7000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

CUTTING EDGE SPORTS

Page: 4 of 6
Statement Period: Jul 01 2013-Jul 31 2013
Cust Ref #: 8249104964-713-T-###
Primary Account #: 824-9104964

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/5 | CCD DEBIT, PAYCHEX TPS TAXES 50702300025066X | 480.04 |
| 7/5 | CCD DEBIT, PAYCHEX EIB INVOICE X50707700012500 | 54.87 |
| 7/5 | DEBIT POS, AUT 070513 DDA PURCHASE<br>MRKT BSKT 23    DANVERS    * MA<br>4085373001074773 | 49.27 |
| 7/8 | DEBIT CARD PURCHASE, AUT 070813 VISA DDA PUR<br>AMERICAN  EFIRD LLC    704 951 2393 * NC<br>4085373001074773 | 241.09 |
| 7/8 | DEBIT POS, AUT 070813 DDA PURCHASE<br>BJ S WHOLESALE C 6 HUTCH   DANVERS    * MA<br>4085373001074773 | 87.90 |
| 7/8 | DEBIT CARD PURCHASE, AUT 070813 VISA DDA PUR<br>UPS 000086R1X5     800 811 1648 * GA<br>4085373001074773 | 56.43 |
| 7/9 | DEBIT POS, AUT 070913 DDA PURCHASE<br>AL PRIME WAKEFIELD 20   WAKEFIELD   * MA<br>4085373001074773 | 47.90 |
| 7/11 | DEBIT CARD PURCHASE, AUT 071113 VISA DDA PUR<br>RJ LIEBE ATHLETIC LETTER   CHESTERFIELD * MO<br>4085373001074773 | 1,066.87 |
| 7/12 | CCD DEBIT, PAYCHEX TPS TAXES 50792300014281X | 402.96 |
| 7/12 | CCD DEBIT, PAYCHEX EIB INVOICE X50809700010611 | 44.92 |
| 7/16 | DEBIT CARD PURCHASE, AUT 071613 VISA DDA PUR<br>UPS 000086R1X5     800 811 1648 * GA<br>4085373001074773 | 88.41 |
| 7/18 | DEBIT CARD PURCHASE, AUT 071813 VISA DDA PUR<br>RPL SUPPLIES      973 7670880 * NJ<br>4085373001074773 | 184.95 |
| 7/18 | DEBIT POS, AUT 071813 DDA PURCHASE<br>COSTCO GAS 0301     DANVERS    * MA<br>4085373001074773 | 50.70 |
| 7/18 | DEBIT CARD PURCHASE, AUT 071813 VISA DDA PUR<br>GIOVANNIS PIZZA     WOBURN    * MA<br>4085373001074773 | 26.59 |
| 7/19 | CCD DEBIT, PAYCHEX TPS TAXES 50876600016376X | 387.47 |
| 7/19 | DEBIT CARD PURCHASE, AUT 071913 VISA DDA PUR<br>GREAT COFFEES OF AMERICA   866 240 0033 * OR<br>4085373001074773 | 106.72 |
| 7/19 | CCD DEBIT, PAYCHEX EIB INVOICE X50886500018097 | 44.92 |
| 7/22 | DEBIT CARD PURCHASE, AUT 072213 VISA DDA PUR<br>TWILL USA  USA FLAPP    AURORA    * IN<br>4085373001074773 | 206.99 |

Call 1-800-747-7000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CUTTING EDGE SPORTS

| | |
|---|---|
| Page: | 5 of 6 |
| Statement Period: | Jul 01 2013-Jul 31 2013 |
| Cust Ref #: | 8249104964-713-T-### |
| Primary Account #: | 824-9104964 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/22 | DEBIT CARD PURCHASE, AUT 072213 VISA DDA PUR<br>TWILL USA  USA FLAPP       AURORA      * IN<br>4085373001074773 | 78.85 |
| 7/22 | DEBIT CARD PURCHASE, AUT 072213 VISA DDA PUR<br>UPS 000086R1X5         800 811 1648  * GA<br>4085373001074773 | 32.38 |
| 7/23 | DEBIT POS, AUT 072313 DDA PURCH W/CB<br>NWS STAPLES  INC  562     WOBURN      * MA<br>4085373001074773 | 161.82 |
| 7/23 | ELECTRONIC PMT-WEB, ATT PAYMENT 086054001SMT2P | 132.37 |
| 7/24 | DEBIT CARD PURCHASE, AUT 072413 VISA DDA PUR<br>STAHL S              800 478 2457  * MI<br>4085373001074773 | 618.67 |
| 7/26 | CCD DEBIT, PAYCHEX TPS TAXES 50980600018859X | 415.09 |
| 7/26 | CCD DEBIT, PAYCHEX EIB INVOICE X50985600015228 | 44.92 |
| 7/26 | DEBIT CARD PURCHASE, AUT 072613 VISA DDA PUR<br>LAZ PARKING 550572       BOSTON      * MA<br>4085373001074773 | 15.00 |
| 7/29 | DEBIT POS, AUT 072913 DDA PURCHASE<br>BJ S WHOLESALE C 70 CLUF   SALEM       * NH<br>4085373001074773 | 185.77 |
| 7/29 | DEBIT CARD PURCHASE, AUT 072913 VISA DDA PUR<br>UPS 000086R1X5         800 811 1648  * GA<br>4085373001074773 | 52.76 |
| 7/30 | DEBIT POS, AUT 073013 DDA PURCHASE<br>AL PRIME WAKEFIELD  20    WAKEFIELD   * MA<br>4085373001074773 | 46.35 |
| 7/31 | DEBIT CARD PURCHASE, AUT 073113 VISA DDA PUR<br>HORNWOOD             704 8484121   * NC<br>4085373001074773 | 240.70 |
| | Subtotal: | 6,248.49 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/16 | OVERDRAFT PD | 35.00 |
| 7/17 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 70.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/31 | MAINTENANCE FEE | 8.00 |
| | Subtotal: | 8.00 |

Call 1-800-747-7000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

10:02 AM
08/12/13
**Cash Basis**

# CUTTING EDGE SPORTS
# Find Report
## July 2013

| Type | Date | Num | Name | Memo | Acc... | Cl | Split | Original ... | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Jul 13** | | | | | | | | | |
| Check | 7/1/2013 | | TD BankNorth | June 2013 | TD... | | Loan -- TD B... | -961.80 | -961.80 |
| Check | 7/1/2013 | | Miscellaneous | Banana Leaf at R... | TD... | X | Meals | -84.15 | -1,045.95 |
| Check | 7/1/2013 | | Miscellaneous | Riviera for Rachel | TD... | X | Hotel | -68.42 | -1,114.37 |
| Check | 7/1/2013 | | United Parcel Service | wk ending 6/28/2... | TD... | X | outbound | -52.91 | -1,167.28 |
| Check | 7/1/2013 | | Miscellaneous | gas at '76 | TD... | X | Gas | -45.95 | -1,213.23 |
| Check | 7/1/2013 | | Miscellaneous | gas at 7-11 | TD... | X | Gas | -25.65 | -1,238.88 |
| Check | 7/2/2013 | 402 | Diane Tacason | | TD... | X | Payroll | -3,300.00 | -4,538.88 |
| Check | 7/2/2013 | 403 | Diane Tacason | | TD... | X | Payroll | -300.00 | -4,838.88 |
| Check | 7/2/2013 | 404 | Aflac | ATY75 - 948908 | TD... | X | Insurance | -293.50 | -5,132.38 |
| Check | 7/2/2013 | 405 | NStar Electric | 2577-703-1003 --... | TD... | X | Gas and Ele... | -335.48 | -5,467.86 |
| Check | 7/2/2013 | 406 | National Grid | gas | TD... | X | Gas and Ele... | -24.66 | -5,492.52 |
| Check | 7/2/2013 | 407 | Health Services Ad... | 315124-July | TD... | X | Health | -1,243.46 | -6,735.98 |
| Check | 7/2/2013 | 408 | Verizon | 7819375590-781... | TD... | X | Telephone | -438.44 | -7,174.42 |
| Check | 7/2/2013 | 409 | 1 Bryant St., LLC | june | TD... | X | Rent | -2,540.00 | -9,714.42 |
| Check | 7/3/2013 | | First Data | Settlement disco... | TD... | X | Bank & Cred... | -191.65 | -9,906.07 |
| Check | 7/3/2013 | | First Data | Settlement interc... | TD... | X | Bank & Cred... | -103.08 | -10,009.15 |
| Check | 7/3/2013 | | First Data | Settlement fee | TD... | X | Bank & Cred... | -23.00 | -10,032.15 |
| Check | 7/5/2013 | | Paychex | wk ending 6/28/2... | TD... | X | Payroll & 40... | -54.87 | -10,087.02 |
| Check | 7/5/2013 | | Payroll taxes | week ending 6/2... | TD... | X | Payroll Taxes | -480.04 | -10,567.06 |
| Check | 7/5/2013 | | Market Basket | | TD... | X | Office Expen... | -49.27 | -10,616.33 |
| Check | 7/5/2013 | 1223 | Rachel B Welker | week ending 6/2... | TD... | X | Payroll | -566.64 | -11,182.97 |
| Check | 7/5/2013 | 1224 | Karen Dagata | week ending 6/2... | TD... | X | Payroll | -249.82 | -11,432.79 |
| Check | 7/5/2013 | 1225 | Donna Dexter | week ending 6/2... | TD... | X | Payroll | -310.23 | -11,743.02 |
| Check | 7/8/2013 | | BJ Wholesale | toilet paper, towe... | TD... | X | Office Expen... | -87.90 | -11,830.92 |
| Check | 7/8/2013 | | United Parcel Service | wk ending 7/5/2013 | TD... | X | outbound | -56.43 | -11,887.35 |
| Check | 7/8/2013 | | American & Effird | 24/white | TD... | X | Thread | -241.09 | -12,128.44 |
| Check | 7/8/2013 | 410 | Safety Insurance | thru 4/10/2014 t... | TD... | X | Business | -802.40 | -12,930.84 |
| Check | 7/9/2013 | | Prime Gas | | TD... | X | Gasoline | -47.90 | -12,978.74 |
| Check | 7/11/2013 | | Webster Fabric | | TD... | X | -SPLIT- | -1,066.87 | -14,045.61 |
| Check | 7/11/2013 | 411 | PHATS/SPHEM | Directory listing | TD... | X | Advertising | -525.00 | -14,570.61 |
| Check | 7/12/2013 | | Paychex | wk ending 7/5/2013 | TD... | X | Payroll & 40... | -44.92 | -14,615.53 |
| Check | 7/12/2013 | | Payroll taxes | week ending 7/5/... | TD... | X | Payroll Taxes | -402.96 | -15,018.49 |
| Check | 7/12/2013 | 1226 | Rachel B Welker | week ending 7/5/... | TD... | X | Payroll | -566.65 | -15,585.14 |
| Check | 7/12/2013 | 1227 | Karen Dagata | week ending 7/5/... | TD... | X | Payroll | -185.74 | -15,770.88 |
| Check | 7/12/2013 | 1228 | Donna Dexter | week ending 7/5/... | TD... | X | Payroll | -226.53 | -15,997.41 |
| Check | 7/16/2013 | | United Parcel Service | wk ending 7/12/2... | TD... | X | outbound | -88.41 | -16,085.82 |
| Check | 7/16/2013 | | TD BankNorth | OD charge | TD... | X | Bank & Cred... | -35.00 | -16,120.82 |
| Check | 7/17/2013 | | MISC | lunch | TD... | X | Meals | -26.59 | -16,147.41 |
| Check | 7/17/2013 | | RPL Supplies, Inc. | paper | TD... | X | Sublimation | -184.95 | -16,332.36 |
| Check | 7/18/2013 | | TD BankNorth | OD charge | TD... | X | Bank & Cred... | -35.00 | -16,367.36 |
| Check | 7/18/2013 | | GreatCoffee.Com | | TD... | X | Office Expen... | -106.72 | -16,474.08 |
| Check | 7/18/2013 | | Costco | | TD... | X | Gas | -50.70 | -16,524.78 |
| Check | 7/19/2013 | | Paychex | wk ending 7/12/2... | TD... | X | Payroll & 40... | -44.92 | -16,569.70 |
| Check | 7/19/2013 | | Payroll taxes | week ending 7/1... | TD... | X | Payroll Taxes | -387.47 | -16,957.17 |
| Check | 7/19/2013 | 1229 | Rachel B Welker | week ending 7/1... | TD... | X | Payroll | -566.64 | -17,523.81 |
| Check | 7/19/2013 | 1230 | Karen Dagata | week ending 7/1... | TD... | X | Payroll | -92.38 | -17,616.19 |
| Check | 7/19/2013 | 1231 | Donna Dexter | week ending 7/1... | TD... | X | Payroll | -263.74 | -17,879.93 |
| Check | 7/19/2013 | 412 | U.S. Trustee | Bankruptcy fee 2... | TD... | X | Legal | -325.00 | -18,204.93 |
| Check | 7/19/2013 | 413 | Aflac | ATY75 - 392500 | TD... | X | Insurance | -234.80 | -18,439.73 |
| Check | 7/19/2013 | 414 | NStar Electric | 2577-703-1003 --... | TD... | X | Gas and Ele... | -577.12 | -19,016.85 |
| Check | 7/19/2013 | 415 | National Grid | gas | TD... | X | Gas and Ele... | -25.29 | -19,042.14 |
| Check | 7/19/2013 | 416 | Health Services Ad... | 315124-August | TD... | X | Health | -1,243.46 | -20,285.60 |
| Check | 7/19/2013 | 417 | ADT | 8/1/2013 - 10/31/... | TD... | X | Alarm | -132.07 | -20,417.67 |
| Check | 7/22/2013 | | Twill USA | glue  (3 mil) | TD... | X | Material | -206.99 | -20,624.66 |
| Check | 7/22/2013 | | Twill USA | sample twill | TD... | X | Material | -78.85 | -20,703.51 |
| Check | 7/22/2013 | | A T & T | online- | TD... | X | Cell Phone | -132.37 | -20,835.88 |
| Check | 7/23/2013 | | Staples | supplies (ink & ta... | TD... | X | Office Expen... | -161.82 | -20,997.70 |
| Check | 7/23/2013 | | Stahl's | Thermo-film | TD... | X | Material | -618.67 | -21,616.37 |
| Check | 7/23/2013 | | United Parcel Service | wk ending 7/19/2... | TD... | X | outbound | -32.38 | -21,648.75 |
| Check | 7/24/2013 | | Miscellaneous | 341 meeting in b... | TD... | X | Parking | -15.00 | -21,663.75 |
| Check | 7/26/2013 | | Payroll taxes | week ending 7/1... | TD... | X | Payroll Taxes | -415.09 | -22,078.84 |
| Check | 7/26/2013 | | Paychex | wk ending 7/19/2... | TD... | X | Payroll & 40... | -44.92 | -22,123.76 |
| Check | 7/26/2013 | 1232 | Rachel B Welker | week ending 7/1... | TD... | X | Payroll | -566.65 | -22,690.41 |
| Check | 7/26/2013 | 1233 | Karen Dagata | week ending 7/1... | TD... | X | Payroll | -150.74 | -22,841.15 |
| Check | 7/26/2013 | 1234 | Donna Dexter | week ending 7/1... | TD... | X | Payroll | -273.03 | -23,114.18 |
| Check | 7/26/2013 | 418 | Verizon | 7819375590-781... | TD... | X | Telephone | -438.36 | -23,552.54 |
| Check | 7/29/2013 | | BJ Wholesale | toilet paper, towe... | TD... | X | Office Expen... | -185.77 | -23,738.31 |

Page 1

10:02 AM  
08/12/13  
Cash Basis

# CUTTING EDGE SPORTS
## Find Report
### July 2013

| Type | Date | Num | Name | Memo | Acc... | Cl | Split | Original ... | Balance |
|---|---|---|---|---|---|---|---|---:|---:|
| Check | 7/30/201: | | United Parcel Service | wk ending 7/26/2... | TD... | X | outbound | -52.76 | -23,791.07 |
| Check | 7/30/201: | | Prime Gas | | TD... | X | Gasoline | -46.35 | -23,837.42 |
| Check | 7/30/201: | | Game Time | white poly sima | TD... | X | Material | -240.70 | -24,078.12 |
| Check | 7/30/201: | | TD BankNorth | | TD... | | Loan -- TD B... | -961.80 | -25,039.92 |
| Check | 7/31/201: | | | Service Charge | TD... | X | Bank & Cred... | -8.00 | -25,047.92 |
| Jul 13 | | | | | | | | | -25,047.92 |


Debtor

Case No. 12-11879-JMD
Reporting Period July 2013

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 and all applicable state and local forms and/or all federal, state, and local payment receipts to verify payment of taxes. Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Income Tax Withholding | | | 420.64 | | | |
| FICA-Employee | | | 317.48 | | | |
| FICA-Employer | | | 317.49 | | | |
| Unemployment | | | 4.72 | | | |
| Income | | | — | | | |
| Other: | | | — | | | |
| Total Federal Taxes | | | 1060.33 | | | |
| **State and Local** | | | | | | |
| Income Tax Withholding | | | 210.98 | | | |
| Sales | | | — | | | |
| Excise | | | — | | | |
| Unemployment | | | 259.30 | | | |
| Real Property | | | — | | | |
| Personal Property | | | — | | | |
| Other: | | | 1.34 | | | |
| Total State and Local | | | 471.62 | | | |
| Withholding for Employee Healthcare | | | 148.51 | | | |
| Premiums, Pensions & Other Benefits | | | | | | |
| Total Taxes | | | 1680.46 | | | |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payables

| | \multicolumn{6}{c}{Number of Days Past Due} |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | 2540.00 | 2540.00 | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders* | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| Total Post-Petition Debts | | | | | | |

**Explain how and when the Debtor intends to pay any past-due post-petition debts.**

_____
_____
_____
_____

*"Insider" is defined in 11 U.S.C. Section 101(31).

MOR-4
9/04

Payrolls by Paychex, Inc.

# CASH REQUIREMENTS

40005 (R-7)

011 1202-7069  Diane J Tacason

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/05/13: $1,606.73**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 480.04 |
| TOTAL NEGOTIABLE CHECKS | 1,126.69 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 1,606.73 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 45.34 |
| CASH REQUIRED FOR CHECK DATE 07/05/13 | 1,652.07 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/05/13 | TD BANK, NA | xxxxxx4964 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 88.73 | |
| | | | | Medicare | 20.76 | |
| | | | | Fed Income Tax | 115.00 | |
| | | | | MA Income Tax | 61.48 | |
| | | | | **Total Withholdings** | 285.97 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 88.73 | |
| | | | | Medicare | 20.75 | |
| | | | | Fed Unemploy | 1.76 | |
| | | | | MA Unemploy | 82.41 | |
| | | | | MA Work Train F | 0.42 | |
| | | | | **Total Liabilities** | 194.07 | 480.04 |
| | | | | | **EFT FOR 07/05/13** | 480.04 |
| | | | | | **TOTAL EFT** | 480.04 |

**NEGOTIABLE CHECKS -** Check amounts will be debited when payees cash checks. Funds must be available on check date.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---:|---:|
| 07/05/13 | TD BANK, NA | xxxxxx4964 | Payroll | Check Amounts | 1,126.69 | |
| | | | | **TOTAL NEGOTIABLE CHECKS** | | 1,126.69 |

11 1202-7069  Diane J Tacason
Run Date 07/02/13  03:26 PM

Period Start - End Date   06/22/13 - 06/28/13

Cash Requirements

Payrolls by Paychex, Inc.

# CASH REQUIREMENTS

1202-7069 Diane J Tacason

**CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/12/13: $1,381.88**

## TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 402.96 |
| TOTAL NEGOTIABLE CHECKS | 978.92 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 1,381.88 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 45.34 |
| CASH REQUIRED FOR CHECK DATE 07/12/13 | 1,427.22 |

## TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/12/13 | TD BANK, NA | xxxxxx4964 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 77.06 | |
| | | | | Medicare | 18.02 | |
| | | | | Fed Income Tax | 98.28 | |
| | | | | MA Income Tax | 52.38 | |
| | | | | **Total Withholdings** | 245.74 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 77.07 | |
| | | | | Medicare | 18.03 | |
| | | | | Fed Unemploy | 1.28 | |
| | | | | MA Unemploy | 60.53 | |
| | | | | MA Work Train F | 0.31 | |
| | | | | **Total Liabilities** | 157.22 | 402.96 |
| | | | | | **EFT FOR 07/12/13** | 402.96 |
| | | | | | **TOTAL EFT** | 402.96 |

**NEGOTIABLE CHECKS -** Check amounts will be debited when payees cash checks. Funds must be available on check date.

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---:|
| 07/12/13 | TD BANK, NA | xxxxxx4964 | Payroll | Check Amounts | 978.92 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | 978.92 |

1-1202-7069 Diane J Tacason
Date 07/10/13 10:22 AM

Period Start - End Date 06/29/13 - 07/05/13

Cash Requirements

40005 (R-7)

Payrolls by Paychex, Inc.

# CASH REQUIREMENTS

0011 1202-7069 Diane J Tacason

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/19/13: $1,310.23

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 387.47 |
| TOTAL NEGOTIABLE CHECKS | 922.76 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 1,310.23 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 45.34 |
| CASH REQUIRED FOR CHECK DATE 07/19/13 | 1,355.57 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER -** *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/19/13 | TD BANK, NA | xxxxxx4964 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 73.39 | |
| | | | | Medicare | 17.16 | |
| | | | | Fed Income Tax | 103.08 | |
| | | | | MA Income Tax | 48.77 | |
| | | | | **Total Withholdings** | 242.40 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 73.38 | |
| | | | | Medicare | 17.16 | |
| | | | | Fed Unemploy | 0.64 | |
| | | | | MA Unemploy | 53.61 | |
| | | | | MA Work Train F | 0.28 | |
| | | | | **Total Liabilities** | 145.07 | 387.47 |
| | | | | **EFT FOR 07/19/13** | | 387.47 |
| | | | | **TOTAL EFT** | | 387.47 |

**NEGOTIABLE CHECKS -** *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---:|
| 07/19/13 | TD BANK, NA | xxxxxx4964 | Payroll | Check Amounts | 922.76 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | 922.76 |

40005 (R-7)

*Payrolls by Paychex, Inc.*

1041-1202-7069 Diane J Tacason

# CASH REQUIREMENTS

## CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR ELECTRONIC FUNDS TRANSFERS (EFT) FOR CHECK DATE 07/26/13: $1,405.51

### TRANSACTION SUMMARY

**SUMMARY BY TRANSACTION TYPE -**

| | |
|---|---:|
| TOTAL ELECTRONIC FUNDS TRANSFER (EFT) | 415.09 |
| TOTAL NEGOTIABLE CHECKS | 990.42 |
| CASH REQUIRED FOR NEGOTIABLE CHECKS &/OR EFT | 1,405.51 |
| TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES | 45.34 |
| CASH REQUIRED FOR CHECK DATE 07/26/13 | 1,450.85 |

### TRANSACTION DETAIL

**ELECTRONIC FUNDS TRANSFER** - *Your financial institution will initiate transfer to Paychex at or after 12:01 A.M. on transaction date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | BANK DRAFT AMOUNTS & OTHER TOTALS |
|---|---|---|---|---|---:|---:|
| 07/26/13 | TD BANK, NA | xxxxxx4964 | Taxpay® | Employee Withholdings | | |
| | | | | Social Security | 78.30 | |
| | | | | Medicare | 18.31 | |
| | | | | Fed Income Tax | 104.28 | |
| | | | | MA Income Tax | 53.35 | |
| | | | | **Total Withholdings** | 254.24 | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 78.31 | |
| | | | | Medicare | 18.32 | |
| | | | | Fed Unemploy | 1.04 | |
| | | | | MA Unemploy | 62.85 | |
| | | | | MA Work Train F | 0.33 | |
| | | | | **Total Liabilities** | 160.85 | 415.09 |
| | | | | **EFT FOR 07/26/13** | | 415.09 |
| | | | | **TOTAL EFT** | | 415.09 |

**NEGOTIABLE CHECKS** - *Check amounts will be debited when payees cash checks. Funds must be available on check date.*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---:|
| 07/26/13 | TD BANK, NA | xxxxxx4964 | Payroll | Check Amounts | 990.42 |
| | | | | **TOTAL NEGOTIABLE CHECKS** | 990.42 |

DIANE TACASON
Debtor

Case No. 12-11879-JMD
Reporting Period JULY 2013

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| ACCOUNTS RECEIVABLE RECONCILIATION | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 42,926.78 |
| + Amounts billed during the period | 12,467.06 |
| - Amounts collected during the period | 12,447.30 |
| Total Accounts Receivable at the end of the reporting period | 37,211.54 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | 10,120.33 |
| 31 - 60 days old | 3989.30 |
| 61 - 90 days old | 381.00 |
| 91+ days old | 22,720.91 |
| Total Accounts Receivable | 37,211.54 |
| Amount considered uncollectible (Bad Debt) | 24,362.74 |
| Accounts Receivable (Net) | 12,848.80 |

*same as previous month (mostly owed by John Gray)

MOR-5
9/04



**1-800-922-9999**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

PO Box 7000
ROP-450
Providence RI 02940



Checking Account Statement

**1** OF 3

Beginning June 18, 2013
through July 16, 2013

DIANE J TACASON
PO BOX 914
WINDHAM NH 03087-0914

---

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 931.13 |
| Checks | 1,390.68 - |
| Withdrawals | 2,245.87 - |
| Deposits & Additions | 3,300.00 + |
| **Current Balance** | 594.58 = |

US759  5  1

DIANE J TACASON
DIP IN CHAP 11 BK CASE 12 1187
**Green Checking**
331267-199-1

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in your account of $1,500 or making 5 qualifying transactions.
Your average daily balance used to qualify this statement period is:  $1,493
Your number of qualifying transactions this statement period is:  10

**Previous Balance**
931.13

### TRANSACTION DETAILS

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 135 | 360.00 | 07/12 | 138 | 554.00 | 07/10 |
| 136 | 60.43 | 07/12 | 139 | 57.33 | 07/11 |
| 137 | 358.92 | 07/08 | | | |

**Total Checks**
1,390.68

### Withdrawals

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 06/19 | 138.49 | 6380 POS Debit - 270001 Dtv*directv Servic800-347-32 88 CA |
| 07/09 | 100.00 | 6380 POS Debit - 220000 Phs*mass General H617-726-40 98 MA |

**Other Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 07/09 | 1,759.79 | Carrington Locat Check Pymt 070813 Check # 0000000134 |
| 07/10 | 165.40 | Comcast Comcast 070813 2410036834 Spa |
| 07/12 | 82.19 | Psnh Util Pymt 130711 56762701050 |

**Total Withdrawals**
2,245.87

Member FDIC  Equal Housing Lender



1-800-922-9999
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

 2 OF 3

Beginning June 18, 2013
through July 16, 2013

*Checking continued from previous page*

**Deposits & Additions**

| Date | Amount | Description |
|---|---|---|
| 07/03 | 3,300.00 | Deposit |

DIANE J TACASON
DIP IN CHAP 11 BK CASE 12 1187
**Green Checking**
331267-199-1

Total Deposits & Additions
3,300.00

Current Balance
594.58

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/19 | 792.64 | 07/09 | 1,873.93 | 07/11 | 1,097.20 |
| 07/03 | 4,092.64 | 07/10 | 1,154.53 | 07/12 | 594.58 |
| 07/08 | 3,733.72 | | | | |

**MEMO**

--If you have paid Overdraft or Insufficient Available Funds Fees, your account statement includes a table that shows Total Overdraft Fees and Total Returned Item Fees, less any rebates, you paid for the statement period and for the calendar year to date. Transaction descriptions for fees paid in Total Overdraft Fees include "Overdraft Fee" and "Sustained Overdraft Fee". Transactions labeled "Insufficient Available Funds Fee" are included in Total Returned Item Fees.

**NEWS FROM CITIZENS**

--Use your Citizens Bank Debit Card for all of your everyday purchases - for a quick lunch, a music download, or even a cup of coffee. Your debit card is more convenient than cash. No purchase is too small since there is no minimum purchase requirement and it's accepted at millions of locations worldwide. To get your debit card or for any questions about your existing card, please call 1-800-922-9999.
--The Citizens Bank TruFit Student Loan(R)
Take care of your college finances with a TruFit Student Loan(R). Now through August 31, 2013, we're offering borrowers the same savings we offer our own employees with an interest rate reduction of 0.25 percentage points. Add our loyalty and automatic repayment discounts and you could save a total of up to 0.75 percentage points off your interest rate. Plus, every TruFit Loan for undergraduate and graduate students comes with no application, origination or disbursement fees, a choice of fixed or variable rate options, and flexible repayment terms. Learn more and apply online at citizensbank.com/getemployeepricing or call 1-888-716-4767.
--We all have savings goals. Whether it's a new home, a child's education, retirement or being prepared for unexpected expenses, Citizens Bank makes it easy and rewarding for you to start saving. Creating an emergency savings account can prepare you for unexpected events and help you reach your savings goals. No matter what you're saving for, we have a great savings solution. Ask your banker about what savings accounts and programs are right for you. We also offer money market accounts and CDs with the peace of mind of FDIC insurance. For more information or to open a new account, visit your local branch today or call 1-888-821-3900. Member FDIC. See a banker for FDIC coverage amounts and transaction limitations.

Member FDIC  Equal Housing Lender

 

P.O. Box 7000
ROP450
Providence, RI 02940



**1-800-922-9999**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Circle
Account Statement

 OF  3

Beginning June 14, 2013
through July 12, 2013

## Contents

| | | |
|---|---|---|
| Summary | Page | 1 |
| Checking | Page | 2 |

THE DIANE TACASON REVOCABLE
TRUST
OF 2007
PO BOX 914
WINDHAM NH  03087-0914

## Circle Summary

| Account | Account Number | Balance Last Statement | Balance This Statement |
|---|---|---|---|
| **DEPOSIT BALANCE** | | | |
| **Checking** | | | |
| Circle Checking | 131057-749-5 | 58.94 | 304.45 |
| **Savings** | | | |
| Circle Savings | 1174-656971 | .00 | .00 |

US702

THE DIANE TACASON REVOCABLE
TRUST
OF 2007
**Circle Checking**
131057-749-5



Total Deposit Balance
304.45

Total Relationship Balance
304.45

Member FDIC    Equal Housing Lender

**Citizens Bank**

**1-800-922-9999**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Circle
Account Statement

 2 OF 3

Beginning June 14, 2013
through July 12, 2013

## Checking

**SUMMARY**

THE DIANE TACASON REVOCABLE TRUST
OF 2007
**Circle Checking**
131057-749-5

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 58.94 |
| Checks | .00 - |
| Withdrawals | 54.49 - |
| Deposits & Additions | 300.00 + |
| **Current Balance** | 304.45 = |

You can waive the monthly maintenance fee of $17.50 by maintaining a monthly combined balance of $5,000.
Your monthly combined balance used to qualify this statement period is: $142

Previous Balance
58.94

**TRANSACTION DETAILS**
**Withdrawals**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 07/02 | 11.99 | 1618 POS Debit - 260006 Aol* Service 0713 800-827-63 64 NY |
| 07/08 | 25.00 | 1618 Dbt Purchase - 244648 Walgreens #2309 Woburn MA |

**Other Withdrawals**

| Date | Amount | Description |
|---|---|---|
| 07/12 | 17.50 | Monthly Maintenance Fee |

Total Withdrawals
54.49

**Deposits & Additions**

| Date | Amount | Description |
|---|---|---|
| 07/03 | 300.00 | Deposit |

Total Deposits & Additions
300.00

Current Balance
304.45

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/02 | 46.95 | 07/08 | 321.95 | 07/12 | 304.45 |
| 07/03 | 346.95 | | | | |

**MEMO**

--If you have paid Overdraft or Insufficient Available Funds Fees, your account statement includes a table that shows Total Overdraft Fees and Total Returned Item Fees, less any rebates, you paid for the statement period and for the calendar year to date. Transaction descriptions for fees paid in Total Overdraft Fees include "Overdraft Fee" and "Sustained Overdraft Fee". Transactions labeled "Insufficient Available Funds Fee" are included in Total Returned Item Fees.

**NEWS FROM CITIZENS**

--Use your Citizens Bank Debit Card for all of your everyday purchases - for a quick lunch, a music download, or even a cup of coffee. Your debit card is more convenient than cash. No purchase is too small since there is no minimum purchase requirement and it's accepted at millions of locations worldwide. To get your debit card or for any questions about your existing card, please call 1-800-922-9999.
--The Citizens Bank TruFit Student Loan(R)
Take care of your college finances with a TruFit Student Loan(R). Now through August 31, 2013, we're offering borrowers the same savings we offer our own employees with an interest rate reduction of 0.25 percentage points. Add our loyalty and automatic repayment discounts and you could save a total of up to 0.75 percentage points off your interest rate. Plus, every

Member FDIC  Equal Housing Lender