# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re: Tacason, Diane J.                     §     Case No. 12-11879-BAH
                                             §
                                             §
Debtor(s)                                    §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

   1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 08, 2012.  The undersigned trustee was appointed on January 02, 2014.

   2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

   4.  The trustee realized the gross receipts of            $_____20,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 581.47 |
| Bank service fees | 421.31 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]            $ | 18,997.22 |

The remaining funds are available for distribution.

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 04/28/2014 and the deadline for filing governmental claims was 12/05/2012.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $233.75, for total expenses of $233.75.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2015            By:/s/Michael S. Askenaizer
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-11879-BAH | **Trustee:** (490100) Michael S. Askenaizer |
| **Case Name:** Tacason, Diane J. | **Filed (f) or Converted (c):** 12/31/13 (c) |
| | **§341(a) Meeting Date:** 01/28/14 |
| **Period Ending:** 04/09/15 | **Claims Bar Date:** 04/28/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 67 Stacey Circle Windham, NH 03087<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account - Citizen's Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - TD Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 715.00 | 0.00 | | 0.00 | FA |
| 4 | H ou seh old Furnishings I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | IRA - M organ Stanley Smith Barney)<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 42,000.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts Receivable (Face Value $37,908.66 ;Mach<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 12,908.00 | 0.00 | | 0.00 | FA |
| 9 | M assachusetts tax refund<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Claims against John Gray for interference with b<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | Unknown | 0.00 | OA | 0.00 | FA |
| 11 | 2012 Toyota Cam ry In Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 24,000.00 | 0.00 | | 0.00 | FA |
| 12 | Machinery & Equipment 1 Bryant Street Woburn, MA | 25,000.00 | 10,000.00 | | 10,000.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-11879-BAH | **Trustee:** (490100)  Michael S. Askenaizer |
| **Case Name:** Tacason, Diane J. | **Filed (f) or Converted (c):** 12/31/13 (c) |
| | **§341(a) Meeting Date:** 01/28/14 |
| **Period Ending:** 04/09/15 | **Claims Bar Date:** 04/28/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from Amended Doc#: 149<br>Proceeds from Sale of Business | | | | | |
| 13 | Sports Jerseys Paul Saperstein & Co. Holbrook, M<br>   Orig. Asset Memo: Imported from Amended Doc#: 149<br>Proceeds from Sale of Business | 3,000.00 | 10,000.00 | | 10,000.00 | FA |
| 14 | The Diane Tacason Revocable Trust of 2007<br>   Orig. Asset Memo: Imported from Amended Doc#: 149 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets**     Totals (Excluding unknown values) | **$296,223.00** | **$20,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Court determination of fees for Debtor's counsel.

**Initial Projected Date Of Final Report (TFR):**     June 1, 2014          **Current Projected Date Of Final Report (TFR):**     June 1, 2015

Exhibit B

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-11879-BAH |
| **Case Name:** | Tacason, Diane J. |
| **Taxpayer ID #:** | **-***2751 |
| **Period Ending:** | 04/09/15 |

| | |
|---|---|
| **Trustee:** | Michael S. Askenaizer (490100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5966 - Checking Account |
| **Blanket Bond:** | $800,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/14 | | Michael B. Feinman IOLTA Account | Proceeds from sale of business assets | | 20,000.00 | | 20,000.00 |
| | {12} | | Proceeds from Sale of Business            10,000.00 | 1129-000 | | | 20,000.00 |
| | {13} | | Proceeds from Sale of Business            10,000.00 | 1129-000 | | | 20,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.13 | 19,979.87 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.82 | 19,953.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.74 | 19,925.31 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.57 | 19,894.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.61 | 19,866.13 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.61 | 19,838.52 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.38 | 19,807.14 |
| 08/06/14 | 101 | Law Offices of Michael S. Askenaizer, PLLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2014 FOR CASE #12-11879, Bond Term:  8/1/14 to 8/1/15. Bond # 016027599 | 2300-000 | | 31.47 | 19,775.67 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.50 | 19,748.17 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.29 | 19,717.88 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.30 | 19,688.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.48 | 19,663.10 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.05 | 19,631.05 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.23 | 19,602.82 |
| 02/26/15 | 102 | Duane A. D'Agnese & Company, P.A. | 2014 Income tax accounting and preparation of income tax returns | 3410-000 | | 550.00 | 19,052.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.31 | 19,026.51 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 18,997.22 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 20,000.00 | 1,002.78 | **$18,997.22** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 20,000.00 | 1,002.78 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.00** | **$1,002.78** | |

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: | 12-11879-BAH |
| Case Name: | Tacason, Diane J. |
| Taxpayer ID #: | **-***2751 |
| Period Ending: | 04/09/15 |

| | |
|---|---|
| Trustee: | Michael S. Askenaizer (490100) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5966 - Checking Account |
| Blanket Bond: | $800,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5966** | **20,000.00** | **1,002.78** | **18,997.22** |
| | **$20,000.00** | **$1,002.78** | **$18,997.22** |

Printed:  04/09/15 03:07 PM

Page: 1

# Claims Proposed Distribution

## Case:  12-11879-BAH    Tacason, Diane J.

**Case Balance:**    $18,997.22        **Total Proposed Payment:**    $18,997.22        **Remaining Balance:**        $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5 | Toyota Motor Credit Corporation (TMCC) | Secured | 18,093.22 * | 0.00 | 0.00 | 0.00 | 0.00 | 18,997.22 |
| 11 | US Bank National Assoc. | Secured | 27,551.58 * | 0.00 | 0.00 | 0.00 | 0.00 | 18,997.22 |
| 18 | Deutsche Bank National Trust Company | Secured | 183,089.19 * | 0.00 | 0.00 | 0.00 | 0.00 | 18,997.22 |
| | Office of U.S. Trustee (ADMINISTRATIVE) <br> <2950-00  U.S. Trustee Quarterly Fees> | Admin Ch. 7 | 975.00 | 975.00 | 0.00 | 975.00 | 975.00 | 18,022.22 |
| | Duane A. D'Agnese & Company, P.A. <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 550.00 | 550.00 | 550.00 | 0.00 | 0.00 | 18,022.22 |
| | Michael S. Askenaizer <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 233.75 | 233.75 | 0.00 | 233.75 | 233.75 | 17,788.47 |
| | Michael S. Askenaizer <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 2,750.00 | 2,750.00 | 0.00 | 2,750.00 | 2,750.00 | 15,038.47 |
| 1 | PNC BANK | Unsecured | 7,800.73 | 7,800.73 | 0.00 | 7,800.73 | 258.28 | 14,780.19 |
| 2 | New England Sports Sales, Inc. | Unsecured | 3,111.05 | 3,111.05 | 0.00 | 3,111.05 | 103.01 | 14,677.18 |
| 3 | Lawson & Weitzen | Unsecured | 62,003.69 | 62,003.69 | 0.00 | 62,003.69 | 2,052.94 | 12,624.24 |
| 4 | PRA Receivables Mgt, LLC | Unsecured | 6,603.97 | 6,603.97 | 0.00 | 6,603.97 | 218.66 | 12,405.58 |
| 6 | BACK BOWL I LLC, SERIES C | Unsecured | 7,215.16 | 7,215.16 | 0.00 | 7,215.16 | 238.89 | 12,166.69 |
| 7 | American Express Centurion Bank | Unsecured | 418.13 | 418.13 | 0.00 | 418.13 | 13.84 | 12,152.85 |
| 8 | American Express Centurion Bank | Unsecured | 20,264.61 | 20,264.61 | 0.00 | 20,264.61 | 670.96 | 11,481.89 |
| 9 | FIA CARD SERVICES, N.A. | Unsecured | 994.93 | 994.93 | 0.00 | 994.93 | 32.94 | 11,448.95 |
| 10 | John Gray | Unsecured | 779,625.37 | 341,519.90 | 0.00 | 341,519.90 | 11,307.69 | 141.26 |
| 12 | PRA Receivables Mgmt, LLC | Unsecured | 3,900.32 | 3,900.32 | 0.00 | 3,900.32 | 129.14 | 12.12 |
| 13 | Portfolio Recovery Associates, LLC | Unsecured | 226.48 | 226.48 | 0.00 | 226.48 | 7.50 | 4.62 |
| 14 | Portfolio Recovery Associates, LLC | Unsecured | 139.42 | 139.42 | 0.00 | 139.42 | 4.62 | 0.00 |
| 15 | American Express Centurion Bank | Unsecured | 418.13 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | Unsecured | 20,264.61 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | New England Sports Sales, Inc. | Unsecured | 3,111.05 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(*) Denotes objection to Amount Filed

# Claims Proposed Distribution

## Case:  12-11879-BAH    Tacason, Diane J.

**Case Balance:**    $18,997.22          **Total Proposed Payment:**    $18,997.22          **Remaining Balance:**        $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 20 | New England Sports Sales, Inc. | Unsecured | 3,111.05 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **Total for Case 12-11879 :** | | **$1,152,451.44** | **$458,707.14** | **$550.00** | **$458,157.14** | **$18,997.22** | |

### CASE SUMMARY

| | Amount Allowed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $4,508.75 | $4,508.75 | $550.00 | $3,958.75 | 100.000000% |
| **Total Secured Claims :** | $228,733.99 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $919,208.70 | $454,198.39 | $0.00 | $15,038.47 | 3.310991% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-11879-BAH
Case Name: Tacason, Diane J.
Trustee Name: Michael S. Askenaizer

| | **Balance on hand:** | $ | 18,997.22 |
|---|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Toyota Motor Credit Corporation (TMCC) | 18,093.22 | 0.00 | 0.00 | 0.00 |
| 11 | US Bank National Assoc. | 27,551.58 | 0.00 | 0.00 | 0.00 |
| 18 | Deutsche Bank National Trust Company | 183,089.19 | 0.00 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 18,997.22 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael S. Askenaizer | 2,750.00 | 0.00 | 2,750.00 |
| Trustee, Expenses - Michael S. Askenaizer | 233.75 | 0.00 | 233.75 |
| Accountant for Trustee, Fees - Duane A. D'Agnese & Company, P.A. | 550.00 | 550.00 | 0.00 |
| Fees, United States Trustee | 975.00 | 0.00 | 975.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,958.75 |
| Remaining balance: | $ | 15,038.47 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 15,038.47 |

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 15,038.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 454,198.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | 7,800.73 | 0.00 | 258.28 |
| 2 | New England Sports Sales, Inc. | 3,111.05 | 0.00 | 103.01 |
| 3 | Lawson & Weitzen | 62,003.69 | 0.00 | 2,052.94 |
| 4 | PRA Receivables Mgt, LLC | 6,603.97 | 0.00 | 218.66 |
| 6 | BACK BOWL I LLC, SERIES C | 7,215.16 | 0.00 | 238.89 |
| 7 | American Express Centurion Bank | 418.13 | 0.00 | 13.84 |
| 8 | American Express Centurion Bank | 20,264.61 | 0.00 | 670.96 |
| 9 | FIA CARD SERVICES, N.A. | 994.93 | 0.00 | 32.94 |
| 10 | John Gray | 341,519.90 | 0.00 | 11,307.69 |
| 12 | PRA Receivables Mgmt, LLC | 3,900.32 | 0.00 | 129.14 |
| 13 | Portfolio Recovery Associates, LLC | 226.48 | 0.00 | 7.50 |
| 14 | Portfolio Recovery Associates, LLC | 139.42 | 0.00 | 4.62 |
| 15 | American Express Centurion Bank | 0.00 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 0.00 | 0.00 | 0.00 |
| 17 | New England Sports Sales, Inc. | 0.00 | 0.00 | 0.00 |
| 20 | New England Sports Sales, Inc. | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 15,038.47 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**