# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Tacason, Diane J.                             §   Case No. 12-11879-BAH
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Michael S. Askenaizer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $268,223.00                    Assets Exempt: $55,648.34
*(without deducting any secured claims)*

Total Distribution to Claimants: $15,038.47       Claims Discharged
                                                  Without Payment: $466,172.86

Total Expenses of Administration: $4,961.53

---

   3) Total gross receipts of $ 20,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $289,388.58 | $228,733.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,961.53 | 4,961.53 | 4,961.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 329,254.27 | 919,208.70 | 454,198.39 | 15,038.47 |
| **TOTAL DISBURSEMENTS** | $618,642.85 | $1,152,904.22 | $459,159.92 | $20,000.00 |

4) This case was originally filed under Chapter 7 on June 08, 2012. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/25/2015          By: /s/Michael S. Askenaizer
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Machinery & Equipment 1 Bryant Street Woburn, MA | 1129-000 | 10,000.00 |
| Sports Jerseys Paul Saperstein & Co. Holbrook, M | 1129-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Toyota Motor Credit Corporation (TMCC) | 4110-000 | 19,666.66 | 18,093.22 | 0.00 | 0.00 |
| 11 | US Bank National Assoc. | 4110-000 | 27,934.51 | 27,551.58 | 0.00 | 0.00 |
| 18 | Deutsche Bank National Trust Company | 4110-000 | 185,212.37 | 183,089.19 | 0.00 | 0.00 |
| NOTFILED | Crown Asset Management do Beliveau Fradette Doyle & | 4110-000 | 1,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Hardwood Heights Condo Association | 4110-000 | 1,692.04 | N/A | N/A | 0.00 |
| NOTFILED | Household Finance Corp. c/o Steven Ruddock, Esq. | 4110-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TD Bank, N.A. | 4110-000 | 42,598.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$289,388.58** | **$228,733.99** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Office of U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Duane A. D'Agnese & Company, P.A. | 3410-000 | N/A | 550.00 | 550.00 | 550.00 |
| Michael S. Askenaizer | 2200-000 | N/A | 233.75 | 233.75 | 233.75 |
| Michael S. Askenaizer | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Rabobank, N.A. | 2600-000 | N/A | 20.13 | 20.13 | 20.13 |
| Rabobank, N.A. | 2600-000 | N/A | 26.82 | 26.82 | 26.82 |
| Rabobank, N.A. | 2600-000 | N/A | 27.74 | 27.74 | 27.74 |
| Rabobank, N.A. | 2600-000 | N/A | 30.57 | 30.57 | 30.57 |
| Rabobank, N.A. | 2600-000 | N/A | 28.61 | 28.61 | 28.61 |
| Rabobank, N.A. | 2600-000 | N/A | 27.61 | 27.61 | 27.61 |
| Rabobank, N.A. | 2600-000 | N/A | 31.38 | 31.38 | 31.38 |
| Law Offices of Michael S. Askenaizer, PLLC | 2300-000 | N/A | 31.47 | 31.47 | 31.47 |
| Rabobank, N.A. | 2600-000 | N/A | 27.50 | 27.50 | 27.50 |
| Rabobank, N.A. | 2600-000 | N/A | 30.29 | 30.29 | 30.29 |
| Rabobank, N.A. | 2600-000 | N/A | 29.30 | 29.30 | 29.30 |
| Rabobank, N.A. | 2600-000 | N/A | 25.48 | 25.48 | 25.48 |
| Rabobank, N.A. | 2600-000 | N/A | 32.05 | 32.05 | 32.05 |
| Rabobank, N.A. | 2600-000 | N/A | 28.23 | 28.23 | 28.23 |
| Rabobank, N.A. | 2600-000 | N/A | 26.31 | 26.31 | 26.31 |
| Rabobank, N.A. | 2600-000 | N/A | 29.29 | 29.29 | 29.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$4,961.53** | **$4,961.53** | **$4,961.53** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC BANK | 7100-000 | 7,551.37 | 7,800.73 | 7,800.73 | 258.28 |
| 2 | New England Sports Sales, Inc. | 7100-000 | 3,111.05 | 3,111.05 | 3,111.05 | 103.01 |
| 3 | Lawson & Weitzen | 7100-000 | 0.00 | 62,003.69 | 62,003.69 | 2,052.94 |
| 4 | PRA Receivables Mgt, LLC | 7100-000 | 6,603.97 | 6,603.97 | 6,603.97 | 218.66 |
| 6 | BACK BOWL I LLC, SERIES C | 7100-000 | 7,215.16 | 7,215.16 | 7,215.16 | 238.89 |
| 7 | American Express Centurion Bank | 7100-000 | 379.39 | 418.13 | 418.13 | 13.84 |
| 8 | American Express Centurion Bank | 7100-000 | 20,269.31 | 20,264.61 | 20,264.61 | 670.96 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | 1,328.68 | 994.93 | 994.93 | 32.94 |
| 10 | John Gray | 7100-000 | 252,000.00 | 779,625.37 | 341,519.90 | 11,307.69 |
| 12 | PRA Receivables Mgmt, LLC | 7100-000 | 3,782.40 | 3,900.32 | 3,900.32 | 129.14 |
| 13 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 226.48 | 226.48 | 7.50 |
| 14 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 139.42 | 139.42 | 4.62 |
| 15 | American Express Centurion Bank | 7100-000 | N/A | 418.13 | 0.00 | 0.00 |
| 16 | American Express Centurion Bank | 7100-000 | N/A | 20,264.61 | 0.00 | 0.00 |
| 17 | New England Sports Sales, Inc. | 7100-000 | 0.00 | 3,111.05 | 0.00 | 0.00 |
| 20 | New England Sports Sales, Inc. | 7100-000 | 0.00 | 3,111.05 | 0.00 | 0.00 |
| NOTFILED | Staples | 7100-000 | 651.16 | N/A | N/A | 0.00 |
| NOTFILED | William Phipps, Esq. Wyskiel, Boc, Tillinghast & | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Freedom | 7100-000 | 2,361.78 | N/A | N/A | 0.00 |
| NOTFILED | Okay Sports | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $329,254.27 | $919,208.70 | $454,198.39 | $15,038.47 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-11879-BAH  
**Case Name:** Tacason, Diane J.  

**Trustee:** (490100) Michael S. Askenaizer  
**Filed (f) or Converted (c):** 12/31/13 (c)  
**§341(a) Meeting Date:** 01/28/14  

**Period Ending:** 08/20/15  

**Claims Bar Date:** 04/28/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 67 Stacey Circle Windham, NH 03087<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 180,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account - Citizen's Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account - TD Bank<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 715.00 | 0.00 | | 0.00 | FA |
| 4 | H ou seh old Furnishings I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry I n Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | IRA - M organ Stanley Smith Barney)<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 42,000.00 | 0.00 | | 0.00 | FA |
| 8 | Accounts Receivable (Face Value $37;908.66 ;Mach<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 12,908.00 | 0.00 | | 0.00 | FA |
| 9 | M assachusetts tax refund<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Claims against John Gray for interference with b<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | Unknown | 0.00 | OA | 0.00 | FA |
| 11 | 2012 Toyota Cam ry In Debtor's Possession<br>Orig. Asset Memo: Imported from Amended Doc#: 149 | 24,000.00 | 0.00 | | 0.00 | FA |
| 12 | Machinery & Equipment 1 Bryant Street Woburn, MA | 25,000.00 | 10,000.00 | | 10,000.00 | FA |

Printed: 08/20/2015 12:21 PM    V.13.25

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-11879-BAH  
**Case Name:** Tacason, Diane J.  

**Trustee:** (490100) Michael S. Askenaizer  
**Filed (f) or Converted (c):** 12/31/13 (c)  
**§341(a) Meeting Date:** 01/28/14  

**Period Ending:** 08/20/15  
**Claims Bar Date:** 04/28/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Orig. Asset Memo: Imported from Amended Doc#: 149 Proceeds from Sale of Business | | | | | |
| 13 Sports Jerseys Paul Saperstein & Co. Holbrook, M  Orig. Asset Memo: Imported from Amended Doc#: 149  Proceeds from Sale of Business | 3,000.00 | 10,000.00 | | 10,000.00 | FA |
| 14 The Diane Tacason Revocable Trust of 2007  Orig. Asset Memo: Imported from Amended Doc#: 149 | 0.00 | 0.00 | | 0.00 | FA |
| **14  Assets  Totals** (Excluding unknown values) | **$296,223.00** | **$20,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    email MSA to UST w TFR April 10, 2015

**Initial Projected Date Of Final Report (TFR):**   June 1, 2014      **Current Projected Date Of Final Report (TFR):**   April 10, 2015  (Actual)

Printed: 08/20/2015 12:21 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-11879-BAH
**Case Name:** Tacason, Diane J.

**Taxpayer ID #:** **-***2751
**Period Ending:** 08/20/15

**Trustee:** Michael S. Askenaizer (490100)
**Bank Name:** Rabobank, N.A.
**Account:** ******5966 - Checking Account
**Blanket Bond:** $12,950,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/09/14 | | Michael B. Feinman IOLTA Account | Proceeds from sale of business assets | | | 20,000.00 | | 20,000.00 |
| | {12} | | Proceeds from Sale of Business | 10,000.00 | 1129-000 | | | 20,000.00 |
| | {13} | | Proceeds from Sale of Business | 10,000.00 | 1129-000 | | | 20,000.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 20.13 | 19,979.87 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.82 | 19,953.05 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.74 | 19,925.31 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.57 | 19,894.74 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.61 | 19,866.13 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.61 | 19,838.52 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 31.38 | 19,807.14 |
| 08/06/14 | 101 | Law Offices of Michael S. Askenaizer, PLLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/01/2014 FOR CASE #12-11879, Bond Term: 8/1/14 to 8/1/15. Bond # 016027599 | | 2300-000 | | 31.47 | 19,775.67 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 27.50 | 19,748.17 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 30.29 | 19,717.88 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.30 | 19,688.58 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.48 | 19,663.10 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.05 | 19,631.05 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.23 | 19,602.82 |
| 02/26/15 | 102 | Duane A. D'Agnese & Company, P.A. | 2014 Income tax accounting and preparation of income tax returns | | 3410-000 | | 550.00 | 19,052.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.31 | 19,026.51 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.29 | 18,997.22 |
| 07/07/15 | 103 | Office of U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees; Reference: | | 2950-000 | | 975.00 | 18,022.22 |
| 07/07/15 | 104 | PNC BANK | Dividend paid 3.31% on $7,800.73; Claim# 1; Filed: $7,800.73; Reference: | | 7100-000 | | 258.28 | 17,763.94 |
| 07/07/15 | 105 | New England Sports Sales, Inc. | Dividend paid 3.31% on $3,111.05; Claim# 2; Filed: $3,111.05; Reference: | | 7100-000 | | 103.01 | 17,660.93 |
| 07/07/15 | 106 | Lawson & Weitzen | Dividend paid 3.31% on $62,003.69; Claim# 3; Filed: $62,003.69; Reference: | | 7100-000 | | 2,052.94 | 15,607.99 |
| 07/07/15 | 107 | PRA Receivables Mgt, LLC | Dividend paid 3.31% on $6,603.97; Claim# 4; Filed: $6,603.97; Reference: | | 7100-000 | | 218.66 | 15,389.33 |
| 07/07/15 | 108 | BACK BOWL I LLC, SERIES C | Dividend paid 3.31% on $7,215.16; Claim# 6; Filed: $7,215.16; Reference: | | 7100-000 | | 238.89 | 15,150.44 |

Subtotals :   $20,000.00   $4,849.56

{} Asset reference(s)

Printed: 08/20/2015 12:21 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-11879-BAH  
**Case Name:** Tacason, Diane J.

**Trustee:** Michael S. Askenaizer (490100)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5966 - Checking Account

**Taxpayer ID #:** **-***2751  
**Period Ending:** 08/20/15

**Blanket Bond:** $12,950,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/07/15 | 109 | American Express Centurion Bank | Dividend paid   3.31% on $418.13; Claim# 7; Filed: $418.13; Reference: | 7100-000 | | 13.84 | 15,136.60 |
| 07/07/15 | 110 | American Express Centurion Bank | Dividend paid   3.31% on $20,264.61; Claim# 8; Filed: $20,264.61; Reference: | 7100-000 | | 670.96 | 14,465.64 |
| 07/07/15 | 111 | FIA CARD SERVICES, N.A. | Dividend paid   3.31% on $994.93; Claim# 9; Filed: $994.93; Reference: | 7100-000 | | 32.94 | 14,432.70 |
| 07/07/15 | 112 | John Gray | Dividend paid   3.31% on $341,519.90; Claim# 10; Filed: $779,625.37; Reference: Voided on 07/07/15 | 7100-000 | | 11,307.69 | 3,125.01 |
| 07/07/15 | 112 | John Gray | Dividend paid   3.31% on $341,519.90; Claim# 10; Filed: $779,625.37; Reference: Voided: check issued on 07/07/15 | 7100-000 | | -11,307.69 | 14,432.70 |
| 07/07/15 | 113 | PRA Receivables Mgmt, LLC | Dividend paid   3.31% on $3,900.32; Claim# 12; Filed: $3,900.32; Reference: | 7100-000 | | 129.14 | 14,303.56 |
| 07/07/15 | 114 | Portfolio Recovery Associates, LLC | Dividend paid   3.31% on $226.48; Claim# 13; Filed: $226.48; Reference: | 7100-000 | | 7.50 | 14,296.06 |
| 07/07/15 | 115 | Portfolio Recovery Associates, LLC | Dividend paid   3.31% on $139.42; Claim# 14; Filed: $139.42; Reference: | 7100-000 | | 4.62 | 14,291.44 |
| 07/07/15 | 116 | Michael S. Askenaizer | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,983.75 | 11,307.69 |
| | | | Dividend paid 100.00%      2,750.00 on $2,750.00;  Claim# TRUS-FEE; Filed: $2,750.00 | 2100-000 | | | 11,307.69 |
| | | | Dividend paid 100.00%         233.75 on $233.75;  Claim# TRUS-EXP; Filed: $233.75 | 2200-000 | | | 11,307.69 |
| 07/07/15 | 117 | John Gray | Pymt made per April 3, 2015 Court order (Doc. No. 127) Tacason v. Gray | 7100-000 | | 5,545.19 | 5,762.50 |
| 07/07/15 | 118 | Diane J. Tacason | Pymt made per April 3, 2015 Court order (Doc. No. 127) Tacason v. Gray | 7100-000 | | 5,762.50 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | | 20,000.00 | 20,000.00 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,000.00 | 20,000.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$20,000.00** | **$20,000.00** | |

{} Asset reference(s)

Printed: 08/20/2015 12:21 PM      V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| **Case Number:** 12-11879-BAH | **Trustee:** Michael S. Askenaizer (490100) |
| **Case Name:** Tacason, Diane J. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5966 - Checking Account |
| **Taxpayer ID #:** **-***2751 | **Blanket Bond:** $12,950,000.00  (per case limit) |
| **Period Ending:** 08/20/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5966** | 20,000.00 | 20,000.00 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)  Printed: 08/20/2015 12:21 PM    V.13.25