## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

In re:                                                                      Bk. No. 12−11879−BAH
                                                                            Chapter 7
Diane J. Tacason
    Debtor

### ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 7 case of the above−named debtor is closed.

    ENTERED at Manchester, New Hampshire.

Date: November 20, 2015                                        /s/ Bruce A. Harwood
                                                               Bruce A. Harwood
                                                               Chief Bankrupcty Judge

Form GTotocloscstmp−136