UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:
<u>Diane J. Tacason,</u>                                                                    Case No. 12-11879
Debtor.                                                                                               Chapter <u>7</u>

### NOTICE OF HEARING

 Please take notice that on January 7, 2026 at 11:00 a.m. movant Diane J. Tacason, will appear before the Hon. Kimberly Bacher, or any judge that may be sitting in that judge's place, at **either** the United States Bankruptcy Court, Courtroom A, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Concord, New Hampshire, or via Zoom as described below, and present the Motion for Admission Pro Hac Vice of Samuel L.

 **To appear by Zoom via video, go to this link: https://www.zoomgov.com and then enter the Meeting ID and Passcode listed below.**

 **To appear by Zoom using a telephone, call Zoom for Government at 1-646-828-7666 or 1-669-254-5252 and then enter the Meeting ID and Passcode listed below.**

 **The Meeting ID for this hearing is 160 462 2499, and the Passcode is 760398. The Meeting ID and Passcode can also be found on the court's website.**

 **YOUR RIGHTS MAY BE AFFECTED. You should read this notice and the motion carefully and discuss it with your attorney.**  If you do not have an attorney, you may wish to consult one.  If you have no objection to the motion, no action is required by you.  If you do object to the relief sought, or if you wish to be heard, you must file a written objection with the Clerk, United States Bankruptcy Court, Warren B. Rudman U.S. Courthouse, 55 Pleasant Street, Room 200, Concord, NH 03301 on or before December 31, 2025.

 A copy of your objection or response must be mailed or delivered to the undersigned filer at the address set forth below, the case trustee, the United States Trustee, and a certificate of such action must be filed with the clerk.  If you file an objection or response, you must also appear at the hearing on the date and time set forth above.

Date: December 1, 2025                                        /s/ Michael B. Feinman
                        Signature
                        Michael B. Feinman
                        Print Name
                        Address <u>The Cambridge Trust Bank Building</u>
                        <u>69 Park Street</u>
                        Andover, MA 01810
                        Tel. No. <u>(975) 475-0080</u>

LBF 7104-1 (Eff. 10/01/2024)