**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re:<br><br>DIANE J. TACASON d/b/a<br>CUTTING EDGE SPORTS<br>   Debtors | Chapter 7<br>Case No. 12-11879-JMD |

**CERTIFICATE OF SERVICE**

I, Michael B. Feinman, hereby certify that I have this day served the Notice of Hearing on Motion for Admission Pro Hac Vice, by mailing a true and accurate copy of each, if not shown as being served electronically, via first class mail and postage prepaid, to the following parties in interest:

United States Trustee
Email: USTPRegion01.MR.ECF@usdoj.gov

Patrick M. Groulx, Esq.
Email: prgroulx@polislegal.com

Timothy P. Smith, Esq.
Email: tpsmith@ecf.epiqsystems.com

Anthony J. Manhart, Esq.
Email: amanhart@perkinsthompson.com

Diane M. Tacason
178 Lakeside Drive
Ft. Myers, FL 33903

And all parties on the attached list.

Dated: December 1, 2025                    /s/ Michael B. Feinman
                                            Michael B. Feinman

1 Bryant Street LLC
7 Bryant Street
Woburn, MA 01801

America's Servicing Company
PO Box 10328
Des Moines, IA 50306

American Express Gold
PO Box 981535
El Paso, TX 79998

American Express Optima
PO Box 1270
Newark, NJ 07101

Bank of America
PO Box 982238
El Paso, TX 79998

Carrington Mortgage Services
1610 E. St. Andrew Place
Suite B150
Santa Ana, CA 92705

Chase Freedom
PO Box 15298
Wilmington, DE 19850

Citi Thank You Card
PO Box 6500
Sioux Falls, SD 57117

Crown Asset Management
c/o Beliveau Fradette Doyle & Gallant
PO Box 3150
Manchester, NH 03105

Hardwood Heights Condo Association
c/o Avatar Property Management
163 Main Street, Suite 201
Salem, NH 03079

Household Bank
PO Box 81622
Salinas, CA 93912

Household Finance Corp.
c/o Steven Ruddock, Esq.
5 Towncrier Road
Amherst, NH 03031-2007

John Gray
76 Westwood Road
Medford, MA 02155

Lawson & Weitzen
Mark Dickinson, Esq.
88 Black Falcon Ave.
Boston, MA 02210

New England Sports Sales
22 Prospect St., Unit 6
Woburn, MA 01806

Okay Sports
4800 Boul Kimber Suite #5
St. Hubert, Quebec J3Y 8M3
CANADA

PNC
PO Box 3429
Pittsburgh, PA 15230

Staples
PO Box 689020
Des Moines, IA 50368

TD Bank, N.A.
1701 Route 70 East
Cherry Hill, NJ 08034

Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52409

William Phipps, Esq.
Wyskiel, Boc, Tillinghast & Bolduc
561 Central Avenue
Dover, NH 03802