**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| In re:<br><br>DIANE J. TACASON d/b/a<br>CUTTING EDGE SPORTS<br>   Debtors | Chapter 7<br>Case No. 12-11879-JMD |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

  I, Michael B. Feinman, hereby certify that I served the following documents: **Motion to Reopen Case and Notice of Hearing on Motion to Reopen Case (ECF Nos. 375, 375-1, 375-2, 375-3) on November 26, 2025 and Motion for Admission Pro Hac Vice and Notice of Hearing on Motion for Admission Pro Hac Vice (ECF Nos. 380, 377, 377-1, 377-2) on December 1, 2025**, by mailing a true and accurate copy of each via First Class United States Mail to the following party in interest:

John Gray
956 Olivia Parkway
Henderson, NV 89011

Dated: December 3, 2025        /s/ Michael B. Feinman
                     Michael B. Feinman