UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:

DIANE J. TACASON d/b/a
CUTTING EDGE SPORTS
Debtors

Chapter 7
Case No. 12-11879-JMD

## SUPPLEMENTAL CERTIFICATE OF PERSONAL SERVICE

I, Michael B. Feinman, hereby certify that I caused the following documents to be served on December 13, 2025: **Motion to Reopen Case and Notice of Hearing on Motion to Reopen Case (ECF Nos. 375, 375-1, 375-2, 375-3) and Motion for Admission Pro Hac Vice and Notice of Hearing on Motion for Admission Pro Hac Vice (ECF Nos. 380, 377, 377-1, 377-2) on December 13, 2025,** by causing Bradford Nielsen, a Nevada process server, to personally deliver the documents, as detailed in the attached affidavit to the following party in interest:

John Gray
956 Olivia Parkway
Henderson, NV 89011

Dated: December 18, 2025

/s/ Michael B. Feinman
Michael B. Feinman

## AFFIDAVIT OF SERVICE

State of New Hampshire

UNITED STATES BANKRUPTCY COURT

Case Number: 12-11879

Plaintiff:
**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE**

vs.

Debtor:
**DIANE J. TACASON**

Received by SAMUEL YELLEN on the 10th day of December, 2025 at 1:14 pm to be served on JOHN GRAY, 956 OLIVIA PARKWAY, HENDERSON, NV 89011.

I, BRADFORD NIELSEN, being duly sworn, depose and say that on the **13th day of December, 2025** at **1:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **DEBTOR'S MOTION TO REOPEN THE CASE, ENFORCE THE DISCHARGE INJUCTION, AND FOR CIVIL CONTEMPT, AFFIDAVIT OF SAMUEL L. YELLEN IN SUPPORT OF ADMISSION PRO HAC VICE** with the date and hour of service endorsed thereon by me, to: **JOHN GRAY** at the address of: **956 OLIVIA PARKWAY, HENDERSON, NV 89011**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 70, Sex: M, Race/Skin Color: WHITE, Height: 5'8, Weight: 150, Hair: WHITE, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

BRADFORD NIELSEN - GNPS
R-2022-16918

12-17-25

Date

SAMUEL YELLEN
1 SENECA ST 29TH FL
BUFFALO, NY 14203
(716) 304-2820