**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                           Case No. 12-11879-KB
                                                 Chapter 7
Diane J. Tacason,

      Debtor.

## INTERIM ORDER

The court held a hearing on the Motion to Reopen the Case, Enforce the Discharge Injunction and for Civil Contempt [ECF No. 375] (the "**Motion**") on January 7, 2025.

Based on the Motion as well as for the reasons stated at the hearing, this Court orders the following:

1. This case is reopened.

2. The Motion is continued to **February 11, 2026** at **11:00 a.m**.

3. Creditor John Gray shall file a response to the Motion on or before **January 21, 2026**. Diane J. Tacason (the "**Debtor**") shall serve a copy of this Order on Creditor John Gray by **January 9, 2026** and file a certificate of service with the Court.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

6. Pursuant to 11 U.S.C. § 522(c), Creditor John Gray is barred from attempting to collect any exempt assets of the Debtor, including, without limitation, the IRA Account at Morgan Stanley Smith Barney, pending a final hearing on the Motion.


Date:  January 7, 2026                    /s/ Kimberly Bacher
                                          Kimberly Bacher
                                          Chief Bankruptcy Judge