UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:                                                                                          Chapter 7

DIANE J. TACASON,                                                              Case No. 12-11879

        Debtor.

## ORDER ON MOTION TO APPEAR PRO HAC VICE

1. This matter having come before the Court on the Motion (the "Motion") for Admission Pro Hac Vice of Debtor's counsel, Samuel L. Yellen ("Attorney Yellen") filed by the above-referenced debtor (the "Debtor") requesting the entry of an order approving Attorney Yellen's admission pro hac vice to appear in this case and all related matters and proceedings before this Court on behalf of the Debtor; and notice of the Motion and hearing having been served on all parties entitled to notice, and it appearing from the record before the Court that sufficient cause exists for the entry of this order; the Court

FINDS AS FOLLOWS:

2. A hearing on the Motion was held on January 7, 2026 (the "Hearing"), and the Motion and notice of Hearing was served on all parties in interest regarding the issues presented in the Debtor's Motion.

3. No objections to the Motion were filed by the objection deadline set by this Court and no objections were raised during the Hearing on the Motion or any such objections have been resolved.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

4. The Motion is granted; and

5. Attorney Yellen is hereby admitted representing the Debtor in this case and all related matters and proceedings before this Court on behalf of the Debtor.

Dated: January 07, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge

2