UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| IN RE: | CASE NO: 12-11879 |
|---|---|
| Diane J. Tacason | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 1/8/2026, I did cause a copy of the following documents, described below,

Interim Order dated January 7, 2026 (ECF No. 384)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/8/2026

/s/ Samuel L. Yellen
Samuel L. Yellen

Samuel L. Yellen, Attorney at Law, PLLC
1 Seneca St.
Buffalo, NY 14203
716-304-2820
sam@yellenlegal.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

IN RE:

Diane J. Tacason

CASE NO: 12-11879

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 7

On 1/8/2026, a copy of the following documents, described below,

Interim Order dated January 7, 2026 (ECF No. 384)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/8/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Samuel L. Yellen
Samuel L. Yellen, Attorney at Law, PLLC
1 Seneca St.
Buffalo, NY  14203

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
 JOHN GRAY                      JOHN GRAY
76 WESTWOOD ROAD               956 OLIVIA PARKWAY
MEDFORD, MA 02155              HENDERSON, NV 89011
```